In the Matter of WILLIAM KYLE et al., Appellants, v GERALD LEBOVITS et al., Respondents.

Submitted June 29, 2009; decided September 8, 2009

Reported below, 58 AD3d 521.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from that portion of Supreme Court's order that imposed sanctions upon appellants' counsel, dismissed upon the ground that as to said part of the order appellants are not parties aggrieved within the meaning of CPLR 5511; motion for leave to appeal otherwise denied.

MAURICE OPARAJI, Appellant, v THE NEW YORK MORTGAGE COMPANY, LLC, Respondent.

Submitted July 13, 2009; decided September 8, 2009

Reported below, 55 AD3d 429.

Motion for reargument of motion for leave to appeal denied [see 12 NY3d 881 (2009)].

Chief Judge LIPPMAN taking no part.

In the Matter of VIRGINIA PARKHOUSE, Appellant, v SCOTT M. STRINGER, as Borough President of Manhattan, et al., Respondents.

Submitted July 20, 2009; decided September 8, 2009

Reported below, 55 AD3d 1.

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 12 NY3d 660 (2009)].

Chief Judge LIPPMAN taking no part.